# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL RALPH ROBINSON, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 82254

FILED

JAN 2 1 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order striking fugitive documents. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule permits an appeal from an order striking fugitive documents. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). To the extent that appellant appeals from the second corrected judgment of conviction entered on March 10, 2020, the notice of appeal was untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-01750

cc: Hon. David A. Hardy, District Judge
Michael Ralph Robinson, Jr.
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk